**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Jetall Companies, Inc., 1001 WL LLC, Galleria Loop Note Holder LLC, Galleria 2425 Owner LLC, BDFI LLC, Ali Choudhri, Brad Parker, and Azeemah Zaheer v. Sonder USA Inc.

Appellate case number:   01-21-00378-CV

Trial court case number:  2021-09675

Trial court:               61st District Court of Harris County

On August 31, 2021, Rajan S. Trehan and Robert N. Klieger filed a motion for pro hac vice admission to appear before the Court in this appeal on behalf of appellee Sonder USA Inc. ("Sonder"). Thomas L. Hunt, a licensed Texas attorney, and local counsel for Sonder, filed a motion in support of Messrs. Trehan and Klieger's pro hac vice motion. The motion conforms with Rule XIX of the Texas Rules Governing Admissions to the Bar of Texas. *See* TEX. RULES GOVERN. BAR ADM'N R. XIX(a) (West 2018).

The motion for pro hac vice admission of Messrs. Trehan and Klieger's includes a certificate of conference stating that appellants, Jetall Companies, Inc., 1001 WL LLC, Galleria Loop Note Holder LLC, Galleria 2425 Owner LLC, BDFI LLC, Ali Choudhri, Brad Parker, and Azeemah Zaheer, are not opposed to the relief sought by the motion for admission pro hac vice. *See* TEX. R. APP. P. 10.3. Accordingly, the motion for admission pro hac vice of Rajan S. Trehan and Robert N. Klieger is **granted**.

It is so ORDERED.


Judge's signature: ___/s/ April Farris_____
                   ☑ Acting individually    ☐ Acting for the Court

Date: ___September 9, 2021_____